UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| DANA ANN BROOKS,                ) | Civil Action No. 4:19-cv-02949-BHH |
| )                                 | |
| Plaintiff,        ) | |
| v.                                ) | |
| )                                 | |
| KILOLO KIJAKAZI,[1]               ) | |
| Acting Commissioner of the        ) | |
| Social Security Administration,   ) | |
| )                                 | |
| Defendant.        ) | |

# ORDER

On Plaintiff's Motion for Attorney's Fees pursuant to § 206(b)(1) of the Social Security Act, 42 U.S.C. § 406(b)(1), and there being no objection by counsel for the Defendant, it is hereby

**ORDERED** as follows:

1.  That the Court authorizes a payment to Gene M. Connell, Jr., Esquire, in the amount of Thirteen Thousand, Fifty-Eight dollars and 38/00 cents ($13,058.38) in attorney's fees being withheld from Plaintiff's past-due benefits for court-related services.

2.  Upon receipt of this sum, Plaintiff's counsel shall remit Seven Thousand, Three Hundred dollars and 00/00 cents ($7,300.00) directly to Plaintiff, representing the sum to be paid to Plaintiff's counsel on Plaintiff's behalf pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

August 25, 2021
Greenville, South Carolina

s/ Bruce Howe Hendricks
Honorable Bruce Howe Hendricks
United States District Judge

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).